Miles N. Clark, Esq.
Nevada Bar No. 13848
LAW OFFICES OF MILES N. CLARK, LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com

*Counsel for Plaintiff,*
*Samantha Buckley*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAMANTHA BUCKLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>　　　　Defendant. | Case No. 2:23-cv-00636-JAD-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>ECF No. 15 |

　　　　PLEASE TAKE NOTICE that Plaintiff Samantha Buckley ("Plaintiff") and Defendant Convergent Outsourcing, Inc., ("Convergent") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(1)(A)(ii).

　　　　There are no longer any issues in this matter between Plaintiff and Convergent to be determined by this Court. Plaintiff and Convergent hereby stipulate that all claims and causes of action that were or could have been asserted against Convergent are hereby dismissed with

//

prejudice, with court costs to be paid by the party incurring same.

**IT IS SO STIPULATED.**
DATED: November 10, 2023.

| LAW OFFICES OF MILES N. CLARK, LLC | LINCOLN, GUSTAFSON & CERCOS, LLP |
|---|---|
| /s/ *Miles N. Clark* <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> 5510 So. Fort Apache Rd, Suite 30 <br> Las Vegas, NV 89148 <br> Telephone: (702) 856-7430 <br> miles@milesclarklaw.com <br><br> *Counsel for Plaintiff* <br> *Samantha Buckley* | /s/ *Shannon G. Splaine* <br> Shannon G. Splaine, Esq. <br> Nevada Bar No. 8241 <br> 7670 W. Lake Mead Blvd., Suite 200 <br> Las Vegas, NV 89169 <br> Telephone: (702) 257-1997 <br> Facsimile: (702) 257-2203 <br> ssplaine@lgclawoffice.com <br><br> **SESSIONS, ISRAEL & SHARTLE, LLP** <br> James K. Schultz, Esq. <br> 1550 Hotel Circle North, Suite 260 <br> San Diego, CA 92108 <br> Telephone: (619) 758-1891 <br> jschultz@sessions.legal <br><br> *Counsel for Defendant* <br> *Convergent Outsourcing, Inc.* |

## ORDER

Based on the parties' stipulation [ECF No. 15] and good cause appearing, and because the dismissal of the claims against Convergent Outsourcing, Inc. leaves no claims or parties remaining, IT IS ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. DISTRICT COURT JUDGE

November 15, 2023

*Buckley v. Convergent Outsourcing, Inc.*
*Case No. 2:23-cv-00636-JAD-NJK*

Distribution: All ECF-registered counsel of record via email generated by the court's ECF system